01
02
03
04
05
06

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

07

AT SEATTLE

08   UNITED STATES OF AMERICA,                    **)**
                                                  **)**   CASE NO. MJ22-071
09              Plaintiff,                        **)**
                                                  **)**
10       v.                                       **)**
                                                  **)**   DETENTION ORDER
11   MICHAEL J.D. CLARK JONES,                    **)**
                                                  **)**
12              Defendant.                        **)**
     _____        **)**
13

14

Offense charged:        Assault with Intent to Commit Robbery; Robbery

15

Date of Detention Hearing:    February 25, 2022.

16

        The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

17

based upon the factual findings and statement of reasons for detention hereafter set forth, finds

18

that no condition or combination of conditions which defendant can meet will reasonably assure

19

the appearance of defendant as required and the safety of other persons and the community.

20

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

21

        1.      Defendant, an enrolled member of the Tulalip Tribe, is charged with committing

22

DETENTION ORDER
PAGE -1

01  the above-referenced offenses on the Tulalip Indian Reservation, in Indian Country.

02  Defendant was not interviewed by Pretrial Services and some of his background information is

03  unknown or unverified.   He has a lengthy criminal record that includes crimes of violence,

04  resisting arrest, and violating court supervision with warrant activity. Defendant does not

05  contest detention.

06          2.      Defendant poses a risk of nonappearance based on pending charges, a history of

07  failures to appear, a history of eluding, criminal activity while on supervision, and lack of

08  verified background information. Defendant poses a risk of danger based on a history of similar

09  activity, the nature of the current charges, and a history of violence.

10          3.      There does not appear to be any condition or combination of conditions that will

11  reasonably assure the defendant's appearance at future Court hearings while addressing the

12  danger to other persons or the community.

13  It is therefore ORDERED:

14  1. Defendant shall be detained pending trial, and committed to the custody of the Attorney

15     General for confinement in a correction facility;

16  2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

17  3. On order of the United States or on request of an attorney for the Government, the person

18     in charge of the corrections facility in which defendant is confined shall deliver the

19     defendant to a United States Marshal for the purpose of an appearance in connection with a

20     court proceeding; and

21  4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for

22     the defendant, to the United States Marshal, and to the United State Probation Services

DETENTION ORDER
PAGE -2

01    Officer.

02        DATED this 25th day of February, 2022.

03

04                                         _____
                                           Mary Alice Theiler
                                           United States Magistrate Judge

05

06

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

DETENTION ORDER
PAGE -3