THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>   v.<br><br>MICHAEL J.D. CLARK JONES,<br><br>               Defendant. | CASE NO. CR22-0032-JCC<br><br>ORDER |

       This matter comes before the Court on Defendant's unopposed motion to continue trial. (Dkt. No. 18.) Having thoroughly considered the relevant record, and for the reasons described below, the Court hereby GRANTS the motion.

       Defendant is charged with Robbery and Assault with Intent to Commit Robbery. (Dkt. No. 12.) Trial is currently set for May 9, 2022. (Dkt. No. 17.) Defendant moves to continue trial to November 7, 2022. (Dkt. No. 18 at 1.) According to the motion, Defense counsel requires additional time to review, understand and investigate the allegations and the discovery supporting the allegations, discuss with Defendant any and all factual and legal issues presented and sentencing consequences so that he can make an informed and intelligent decision of how he wishes to proceed, and explore potential defenses. (*Id.* at 2.) Based on the foregoing, the Court FINDS that the ends of justice served by granting the requested continuance outweigh the best interests of Defendant and the public to a speedy trial. *See* 18 U.S.C.

ORDER
CR22-0032-JCC
PAGE - 1

§ 3161(h)(7)(A). This finding is based on the following:

1. A failure to grant a continuance in this case would likely result in a miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i);

2. Taking into account the exercise of due diligence, a failure to grant a continuance would deny Defendant's counsel the reasonable time necessary for effective preparation due to counsel's need for adequate time to review discovery, as set forth in § 3161(h)(7)(B)(iv); and

3. The additional time requested is a reasonable period of delay.

Accordingly, the Court GRANTS the unopposed motion (Dkt. No. 18) and ORDERS:

1. The May 9, 2022 trial is CONTINUED until November 7, 2022; pretrial motions will be due September 30, 2022. The parties should consult the Court's Chambers Procedures posted on its website for detailed instructions regarding pretrial submissions and trial procedure.

2. The time from the date of this order until the November 7, 2022 trial date is an excludable period under 18 U.S.C. § 3161(h)(7)(A).

DATED this 6th day of April 2022.

John C. Coughenour
UNITED STATES DISTRICT JUDGE