JUDGE JOHN C. COUGHENOUR
MAGISTRATE JUDGE MICHELLE L. PETERSON

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR22-032-JCC |
| Plaintiff, | |
| v. | (PROPOSED) ORDER GRANTING MOTION FOR EXTENSION OF TIME TO OBJECT TO THE REPORT AND RECOMMENDATION |
| MICHAEL J.D. CLARK JONES, | |
| Defendant. | |

THE COURT has considered Michael J.D. Clark Jones's motion for a one-month extension of time to file any objections to the Magistrate Judge's Report and Recommendation along with the files in this case.

The motion is GRANTED. Mr. Jones may file his objections to the Magistrate Judge's Report and Recommendation by April 28, 2024.

Dated 28th day of March 2024.

_____
JOHN C. COUGHENOUR
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Gregory Murphy*
Assistant Federal Public Defender
Attorney for Michael J.D. Clark Jones

ORDER GRANTING MOTION
FOR EXTENSION OF TIME
(*U.S. v. Jones*; CR22-032JCC.) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100