UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>MICHAEL J.D. CLARK JONES,<br><br>                Defendant. | Case No. CR22-0032-JCC<br><br>ORDER |

Having reviewed the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and ORDERS:

    (1)    The Court ADOPTS the Report and Recommendation.

    (2)    Defendant Michael J.D. Clark Jones is ORDERED to pay restitution of $23,959.41 as follows:

        (a)    $18,192.89 to the victim, E.R.; and

        (b)    $5,766.52 to American Family Mutual Insurance, after restitution to E.R. has been paid in full.

    //

ORDER - 1

The Clerk is directed to send copies of this Order to the parties and to Judge Peterson.

Dated 29th day of April, 2024.

_____
John C. Coughenour
United States District Judge

ORDER - 2